CJA 22
(9/76)

**APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

UNITED STATES DISTRICT COURT
for the

**04 MBD 10340**

District of Massachusetts

Register No. 13259-007
U.S. Court Docket No. _____

IN THE MATTER OF STATEMENT OF
☒ (PAROLEE)   ☐ (MANDATORY RELEASEE)

**STATEMENT OF PAROLEE OR MANDATORY RELEASEE CONCERNING
APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT**

I, __Darryl M. Young__, having been fully advised of the charges against me and of my rights as set forth in the attached copy of the ☒ Notice of Pending Dispositional Review   ☐ Warrant Application   ☐ Summons to Appear understand that I may apply to the United States District Court for appointment of counsel to assist or represent me in this matter before the United States Parole Commission, and that such representation by counsel will be furnished to me if the judicial officer determines I am financially unable to obtain attorney representation;

Pursuant to such notification concerning appointment of counsel,

1. _____ I do not wish to apply to the District Court for appointment of counsel.
2. __X_____ I do hereby apply to the District Court for appointment of counsel and in connection with this application I state as follows concerning my financial condition:

I am .................................................. Employed _____ Unemployed __✓__
If employed, state weekly income ................................. $ __N/A__
If self-employed, state average weekly income ................. $ __N/A__
Cash on hand and in bank .......................................... $ __3.41__
Number of dependents ............................................. __1__
Property owned: __none__

I certify the above to be correct.

X __Darryl Young__
(Signature of Applicant)

Witness:
__Carrie G. Quenno, Case Manager__
(Signature and Title)

DATE: __November 12, 2004__

A false or dishonest answer to a question in this application may be punishable by fine or imprisonment or both, (18 U.S.C. § 1001).

| U.S. Department of Justice | Notice of Hearing-Parole Application |
|---|---|
| United States Parole Commission | Representative and Disclosure Request |

Date __November 12, 2004__

Name: __Young, D.__

Register No: __13259-007__   Institution __FMC Devens, Massachusetts__

INSTRUCTIONS: This form is to be furnished to and completed by every inmate prior to every scheduled hearing before the Parole Commission. It must be furnished at least 60 days in advance of the scheduled hearings unless such 60 day notice is waived by the inmate (see "1" below).

1. NOTICE OF HEARING: Provided you have applied for parole in the space below, you will be given a hearing by officials of the U.S. Parole Commission on the docket of parole hearings scheduled for __next available hearing date__ to _____, 19___.   __(revocation hearing)__

IF THERE ARE LESS THAN 60 DAYS BETWEEN THE DATE OF THIS NOTICE AND YOUR HEARING, YOUR HEARING WILL BE POSTPONED UNTIL THE NEXT DOCKET OF PAROLE HEARINGS AT YOUR INSTITUTION *UNLESS* YOU INITIAL THE FOLLOWING WAIVER:

X __D.Y.__   I received this form less than 60 days from the date of my hearing. However, I hereby waive my right to 60 days
(Initials)   advance notice of the hearing time and notice of my disclosure rights, and I request to be heard as scheduled.

2. APPLICATION: I hereby apply for parole, or have previously applied and still wish to be paroled:

X __Darryl Young__   __Nov. 12, 2004__
   (Signature)   (Date)

3. WAIVER OF PAROLE/PAROLE HEARING:

_____ A. I wish to waive parole consideration at this time.
(Initials)

_____ B. I wish to waive my scheduled Statutory Interim Hearing and have not incurred any Institutional Disciplinary
(Initials)    Committee infractions since my last hearing.

_____ C. I wish to waive the parole effective date or presumptive parole date previously determined by the Commission. (NOTE:
(Initials)    *A previously waived parole date will be reinstated upon reapplication, provided no new adverse information exists in your case.*)

_____ D. I wish to waive mandatory parole.
(Initials)

NOTE: 1) If you waive parole or a parole hearing, any subsequent application or reapplication must be submitted at least 60 days prior to the first day of the month in which hearings are conducted at the institution where you are then confined.

2) Revocation hearings cannot be waived. Hearings under 28 CFR 2.28 (b-f) and rescission hearings can only be waived by waiver of the parole effective date or presumptive parole date previously determined by the Commission.

4. REPRESENTATIVE: At your hearing you may have a representative of your choice (*e.g. family member, friend, staff member, or attorney*), who will be permitted to make a statement on your behalf at the close of the hearing. The name of any representative willing and able to appear should be written in below. Arrangements for the appearance of a representative must be made through your case manager.
Name of Representative: __An attorney to be named by the District Court of Massachusetts__

IF YOU DO NOT WISH A REPRESENTATIVE, INITIAL THE FOLLOWING WAIVER:

_____ I do not wish a representative at my hearing.
(Initials)

PAROLE FORM I-24
OCT. 85

1. INMATE COPY

5. **DISCLOSURE OF FILE INFORMATION:** You may review the reports and documents in your file which will be considered by the Commission, if you submit a request for disclosure on this form at least 30 days in advance of your hearing. [NOTE: Certain material which the Commission will consider may be exempt by law from disclosure. In such event, a summary of the material withheld from you will be furnished if you request to review your file.]

_XDY_ I wish to inspect the disclosable material in my institutional file.
(Initials)

_____ I wish to inspect any documents concerning me which the Parole Commission may have in its Regional Office. I
(Initials)     understand that in most cases, the Commission will have no material, until after an initial hearing has been held. [If you request disclosure of Regional Office documents you must do so on this form at least 30 days in advance of the hearing.]

NOTE:    At review hearings, the Commission will consider only information about factors which have changed, or which may have changed, since your last parole hearing.

IF YOU DO NOT WISH TO REQUEST ANY DISCLOSURE, INITIAL THE FOLLOWING WAIVER:

_____ I do not wish to inspect my files before the hearing scheduled on this form.
(Initials)

IF YOU HAVE INSPECTED FILE MATERIAL, INITIAL BELOW.

_XDY_ I have reviewed the materials in my institutional file on ___NOVEMBER 19___, 19_2004_.
(Initials)

_____ I have reviewed the Parole Commission file material on _____, 19____.
(Initials)

IF YOU HAVE NOT YET RECEIVED DISCLOSURE OF THE FILE MATERIALS YOU REQUESTED OR IF THERE ARE LESS THAN 30 DAYS BETWEEN EITHER OF THE ABOVE DATES AND YOUR HEARING, YOUR HEARING WILL BE POSTPONED UNTIL THE NEXT DOCKET OF PAROLE HEARINGS AT YOUR INSTITUTION UNLESS YOU INITIAL THE FOLLOWING WAIVER:

_____ I did not receive 30 days prehearing disclosure of the material I requested from my files. However, I hereby waive my
(Initials)     right to disclosure 30 days in advance of the hearing, and I request to be heard as scheduled.



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

November 12, 2004

Tony Anastas, Clerk of Court
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   YOUNG, Darryl
      Reg. No.: 13259-007

Dear Mr. Anastas:

Inmate Darryl Young is scheduled to have a Revocation Hearing with the United States Parole Commission and has requested an appointment of counsel. Attached is the CJA 22 for your review. Please have counsel appointed at your earliest convenience.

If you have any questions, please contact me at 978-796-1367. Thank you in advance for your assistance.

Sincerely,

John D. Colautti,
Unit Manager